```
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA
                               :

        - v -                  :
                                            22 Mag 3525
JYZEL BAREFIELD,               :
                                            ORDER

                               :
            Defendant.
-----------------------------X
```

Upon the application of the above-captioned defendant,

**JYZEL BAREFIELD**, by and through his attorney, Robert M.

Baum, Esq. of the Federal Defender Office,

**IT IS ORDERED** that all charges are dismissed, and the above

captioned defendant, **JYZEL BAREFIELD**, ID Number 08295107,

currently incarcerated at Essex County Jail, New Jersey, be

released **FORTHWITH**,

                              SO ORDERED:

                              _____
                              HONORABLE GABRIEL W. GORENSTEIN
                              United States Magistrate Judge

Dated:    May 3, 2022
          New York, New York